UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Mark C. Grieb,

                Defendant.

---

7:17-MJ-4571(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on July 20, 2017 accepted the defendant's plea of guilty to violating NY Penal Code 1192, Driving while ability impaired, in full satisfaction of the Misdemeanor Complaint filed on June 15, 2017, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $300.00 to be paid by August 17, 2017.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: <u>Nunc Pro Tunc to July 20, 2017</u>
       Poughkeepsie, N.Y.